# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STATE OF OHIO
EX REL TED MARCUM,

              Petitioner,       :    Case No. 3:17-cv-437

- vs -                            District Judge Walter H. Rice
                                     Magistrate Judge Michael R. Merz

SHERIFF DAVE DUCHAK,
                                :

              Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Supplemental Objections (ECF No. 26) to two Reports and Recommendations of Magistrate Judge Merz (ECF No. 16 & 17), combined in the same document with initial Objections to Magistrate Judge Merz's Report and Recommendations on motion for Temporary Protection Order (ECF No. 18).

he District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

January 24, 2018.

                                                              Walter Herbert Rice
                                                             United States District Judge