IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STATE OF OHIO
EX REL TED MARCUM,

        Petitioner,    :    Case No. 3:17-cv-437

- vs -

        District Judge Walter H. Rice
        Magistrate Judge Michael R. Merz

SHERIFF DAVE DUCHAK,

        Respondent.

## ORDER ADOPTING THIRD SUPPLEMENTAL REPORT AND RECOMMENDATIONS

This case is before the Court on the Magistrate Judge's Third Supplemental Report and Recommendations recommending dismissal of Marcum's habeas corpus claims without prejudice to their renewal after Marcum has exhausted available state court remedies for those claims (ECF No. 38). Petitioner was duly notified of his obligation to file objections to that Report if he did in fact object. He has not done so and the time for objection has expired. Accordingly, the Third Supplemental Report and Recommendations is adopted and the Petition herein dismissed without prejudice. Because reasonable jurists would not disagree with this conclusion, Petitioner is denied a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

Masrch 14, 2018.

                                          Walter H. Rice
                                          United States District Judge