# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STATE OF OHIO
EX REL TED MARCUM,

    Petitioner,

- vs -

SHERIFF DAVE DUCHAK,

    Respondent.

Case No. 3:17-cv-437

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This case is before the Court on Defendant Duchak's Objections (ECF No. 61) to the Magistrate Judge's Fifth Supplemental Report and Recommendations (ECF No. 56).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the objections and making recommendations based on that analysis.

May 3, 2018.

Walter H. Rice
United States District Judge

1