# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STATE OF OHIO
EX REL TED MARCUM,

        Petitioner,     :     Case No. 3:17-cv-437

- vs -                          District Judge Walter H. Rice
                                    Magistrate Judge Michael R. Merz

SHERIFF DAVE DUCHAK,
                                         :

        Respondent.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON MOTION FOR RELIEF FROM JUDGMENT

---

This case is before the Court on Plaintiff's Motion for Relief from Judgment (ECF No. 58). On April 16, 2018, the Magistrate Judge to whom this case is assigned filed a Report and Recommendations recommending the motion be denied (ECF No. 59). Plaintiff was notified that any objections to that Report were required to be filed within seventeen days, i.e., not later than May 3, 2018. That time has now expired and no objections have been filed.

Accordingly, the Report and Recommendations are ADOPTED and Plaintiff's Motion for Relief from Judgment (ECF No. 58) is DENIED.

May 7, 2018.

                                                                     Walter H. Rice
                                                              United States District Judge