# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STATE OF OHIO
EX REL TED MARCUM,

        Petitioner,    :    Case No. 3:17-cv-437

- vs -    District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

SHERIFF DAVE DUCHAK,

        Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Plaintiff's Objections (ECF No. 67) to the Magistrate Judge's most recent Report and Recommendations (ECF No. 64).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

May 21, 2018.

                                                    Walter H. Rice
                                              United States District Judge