# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TED MARCUM, | : | Case No. 3:17-cv-437 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| SHERIFF DAVE DUCHAK, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is presently before the Court upon Plaintiff Ted Marcum's "Request[] to add evidence into the record for purposes of showing to the court all of the evidence being disclosed at this time to the Defendants as initial disclosure that Plaintiff is aware of at the time." (Doc. #98).

Under Federal Rule of Civil Procedure 26(a)(4), "Unless the court orders otherwise, all disclosures under Rule 26(a) must be in writing, signed, and served." In other words, Plaintiff must serve his written and signed disclosures upon Defendants. Plaintiff's disclosures need not be filed with the Court at this time. Accordingly, Plaintiff's Request (Doc. #98) is DENIED.

**IT IS SO ORDERED.**

October 29, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge