**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TED MARCUM, | : | Case No. 3:17-cv-437 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| SHERIFF DAVE DUCHAK, *et al.*, | : | |
| | : | |
| Defendants. | : | |

═══════════════════════════════════════════════════════════

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

═══════════════════════════════════════════════════════════

You are hereby notified that Defendant Sheriff Dave Duchak filed a Motion to Dismiss on March 3, 2020. (Doc. #106). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **March 27, 2020**. If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

March 4, 2020                             *s/Sharon L. Ovington*
                                                          Sharon L. Ovington
                                                          United States Magistrate Judge