# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TED MARCUM, | : | Case No. 3:17-cv-00437 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| SHERIFF DAVE DUCHAK, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #114), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on May 12, 2020 (Doc. #114) is ADOPTED in full; and

2. Defendant Sheriff Dave Duchak's Motion to Dismiss for Failure to Prosecute (Doc. #106) is DENIED .

**IT IS SO ORDERED.**

06/02/2020

Walter H. Rice
United States District Judge